U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Lori O'Hern | FILED: AUGUST 28, 2008 |
| | 08CV4934 |
| v. | JUDGE DOW |
| John M. Layton and Thurel Mason Trucking, Inc. | MAGISTRATE JUDGE MASON |
| | NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John M. Layton, Jr. and Thurel Mason

| NAME (Type or print) |
|---|
| Steven M. Canty |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Steven M. Canty |
| FIRM |
| Chilton Yambert & Porter LLP |
| STREET ADDRESS |
| 325 Washington Street, Suite 200 |
| CITY/STATE/ZIP |
| Waukegan, IL 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6236808 | 847/625-8200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐