IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI O'HERN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN M. LAYTON, JR. and )<br>THUREL MASON TRUCKING, INC. )<br>)<br>Defendants. ) | No.   08 CV 04934 |

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

NOW COMES Defendant, THUREL MASON TRUCKING, INC., by and through its attorneys, CHILTON YAMBERT & PORTER LLP, and for its Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state the following:

1. Defendant, THUREL MASON TRUCKING, INC., does not have any parent corporations or any publicly held corporations that own any stock in the companies.

*s/ Steven M. Canty*
CHILTON YAMBERT & PORTER LLP
Attorney for Defendants

Steven M. Canty
CHILTON YAMBERT & PORTER LLP
325 Washington Street, S-200
Waukegan, IL  60085
847/625-8200
847/625-8262 – Fax

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI O'HERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.   08 CV 04934 |
| | ) |
| JOHN M. LAYTON, JR. and | ) |
| THUREL MASON TRUCKING, INC. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, pursuant to 735 ILCS 5/1-109 (1992), states that on the 29th day of August, 2008, the following described document(s) were electronically filed with the Court and served by placing a true and correct copy thereof in an envelope, addressed as shown below; that said envelope was sealed; that sufficient U.S. Postage for first class mail was placed thereon, and the same was deposited in the U.S. Mail in Waukegan, Illinois, at or about the hour of 5:00 p.m.

DOCUMENT DESCRIPTION:    >Defendants' Rule 7.1 Disclosure Statement

ADDRESSED AS FOLLOWS:    > Bruce Bozich
LAW OFFICE OF BOZICH & KORN
11800 South 75th Avenue
Palos Heights, IL 60463


*s/ Steven M. Canty*

CHILTON YAMBERT & PORTER LLP
325 W. Washington Street, Suite 200
Waukegan, IL 60085-4343
(847) 625-8200
(847) 625-8262 Fax